UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                 Chapter 15

ESTRATEGIAS EN VALORES et. al.,                  Case No.        17-16559-LMI

_____Debtors_____/                  **Jointly Administered**

In re:

TATIANA QUINTERO BAIZ                            Case No.        17-22193-LMI

_____Debtors_____/                  *Hearing Requested*

### FOREIGN REPRESENTATIVE'S MOTION TO COMPEL COMPLIANCE WITH COURT ORDER OR, IN THE ALTERNATIVE, FOR TURNOVER FROM DEBTOR IN THE FOREIGN NON-MAIN PROCEEDING[1]

The Foreign Representative, under 11 U.S.C. § 542, respectfully requests that this Court enter an order that Tatiana Quintero ("Quintero") immediately deliver her property at 1500 NW 89th Court, Unit 222, Doral, Florida 33172 (the "Doral Property") to the Foreign Representative and its agents. In support, the Foreign Representative states as follows:

1. On December 18, 2017, this Court entered an Order Recognizing Foreign Non-Main Proceeding [D.E. 18] (the "Order").

2. The Order recognized this foreign non-main proceeding and appointed Luis Fernando Alvarado as the foreign representative of this action. Order ¶¶ 2 – 3.

---

[1] This Motion is filed in and pertains only to the non-main proceeding, *In re Tatiana Quintero*, Case No.: 17-22193-LMI, which is being jointly administered with *In re Estrategias en Valores, et. al.*, Case No. 17-16559-LMI

3. The Order directed Quintero to "immediately turn over to the Foreign Representative all nonexempt property belonging to the estate under 11 U.S.C. §541 . . . ." Order ¶ 5(ii).

4. Furthermore, the Order entrusted the Foreign Representative with the administration and realization of all Quintero's assets within the territorial jurisdiction of the United States. Order at ¶ 5(iii).

5. On June 16, 2016, Riviera Point Business Center at Doral, LLC, deeded the Doral Property to Quintero. **Exhibit A**.

6. The public records indicate that Quintero is currently—and has been since the June 16, 2016 transfer—the sole owner of the Doral Property. **Exhibit B**.

7. The public records do not show any mortgage or lien on the Doral Property and therefore, on information and belief, Quintero owns the property in fee simple. **Exhibit C**.

8. On information and belief, Quintero does not currently live in the Doral Property and has not lived there since at least September 2017.

9. In 2017, Quintero did not declare any tax exemption value for the Doral Property in 2017. **Exhibit B**.

10. The Doral Property is not exempt and therefore, under 11 U.S.C. § 542(a), it is property of the estate.

11. Pursuant to 11 U.S.C. §§ 1521(a)(7), 542 and the Order, the Foreign Representative is entitled to immediate delivery of the Doral Property.

12. The undersigned have attempted to coordinate turnover of the Doral Property with Quintero's counsel but Quintero's counsel has not cooperated and has, as of the date of this filing, refused to deliver the Doral Property to the Foreign Representative.

Wherefore, the Foreign Representative, respectfully requests that this Court enter an order directing Quintero to immediately turn over the Doral Property to the Foreign Representative and grant the Foreign Representative any further relief this Court deems just and proper.

## CERTIFICATION OF ATTORNEY

The undersigned certify that they are admitted to the Bar of the United States District Court for the Southern District of Florida and are in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

| | |
|---|---|
| Dated: January 12, 2018 | Respectfully submitted, |
| FASANO LAW FIRM, PLLC<br>*Attorney for Foreign Representative*<br>333 Southeast 2nd Avenue<br>Miami, Florida 33134<br>Telephone: (786) 871-3327<br>Fax: (305) 871-3301<br>Email: mfasano@fasanolawfirm.com<br><br>By: /s/ Michael Fasano<br>    MICHAEL FASANO<br>    Florida Bar No. 98498 | RIVERO MESTRE LLP<br>*Attorneys for Foreign Representative*<br>2525 Ponce de Leon Blvd.<br>Suite 1000<br>Miami, Florida 33134<br>Telephone: (305) 445-2500<br>Fax: (305) 445-2505<br>Email:  arivero@riveromestre.com<br>kvillalon@riveromestre.com<br>ddaponte@riveromestre.com<br><br>By: /s/ Andrés Rivero<br>    ANDRÉS RIVERO<br>    Florida Bar No. 613819<br>    KIRK VILLALÓN<br>    Florida Bar No. 125157<br>    DAVID DAPONTE<br>    Florida Bar No. 1002724 |

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of this Motion has been served via the Court's CM/ECF electronic noticing system.

                                                                        /s/ Michael Fasano\_\_\_\_\_
                                                                           Michael Fasano